**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTOPHER EVERETT
ADC #152664**                                                                                          **PLAINTIFF**

**V.**                    **CASE NO. 3:20-CV-244-DPM-BD**

**BOBBY TATE,** *et al.*                                                                           **DEFENDANTS**

## ORDER

Plaintiff Christopher Everett, an inmate in the Arkansas Division of Correction, filed this case without the help of a lawyer. (Doc. No. 2) For screening purposes, Mr. Everett has stated excessive-force claims against Bobby Tate and Jeffery Tate; failure-to-protect and corrective-inaction claims against Sissy Wilson, Shawn Stevens, and Aron Moody; and inadequate-medical-care claims against all Defendants.[1] (Doc. No. 2, Doc. No. 4)

The Clerk of Court is directed to prepare summonses for all Defendants. The United States Marshal is directed to serve the Defendants with summonses, copies of the complaint, with any attachments (Doc. No. 2), and the amended complaint (Doc. No. 4), without requiring prepayment of fees and costs or security. Service for Defendants Bobby Tate, Jeffery Tate, Shawn Stevens, and Aron Moody should be through the Independence

---

[1] The Court notes that these are the same claims Mr. Everett brought in *Everett v. Ring, et al.*, E.D. Ark. Case No. 1:19-cv-102-JM, which was dismissed for failure to exhaust administrative remedies. Mr. Everett argues in this lawsuit, as he did in *Everett v. Ring,* that the grievance process was unavailable to him. (Doc. No. 3) Because he filed his complaint in *Everett v. Ring* before he filed a grievance, that argument could not be considered in *Everett v. Ring*.

County Sheriff's Department, 1750 Myers Street, Batesville, Arkansas 72501. Service for Defendant Sissy Wilson should be through the Independence County Jail, 569 West Main Street, Batesville, Arkansas 72503.

    IT IS SO ORDERED, this 31st day of August, 2020.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE