# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                                                 **PLAINTIFF**

V.                          CASE NO. 3:20-CV-244-JM-BD

**BOBBY TATE,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received a Partial Recommendation filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' motions to dismiss (Doc. Nos. 15, 24) are DENIED.

IT IS SO ORDERED, this 30th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE