# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER EVERETT**                                                        **PLAINTIFF**

**V.**                        **NO. 3:20-cv-00244-JM-ERE**

**BOBBY TATE,** *et al.*                                                     **DEFENDANTS**

## ORDER

On July 12, 2021, Plaintiff Christopher Everett filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 55*. In light of his recent release, it is unclear whether Plaintiff is still entitled to proceed *in forma pauperis* (IFP). Accordingly, the Clerk of the Court is directed to send Plaintiff a (free-world) amended application to proceed IFP. Plaintiff must file, within 30 days of the entry of this Order, an amended application to proceed IFP. If Plaintiff wishes to continue pursuing this lawsuit, he must, within 30 days of the entry of this Order, either file an updated IFP application *or* pay the filing fee[1] for this action.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Plaintiff Christopher Everett a free-world Application to Proceed *In Forma Pauperis*.

2. If Plaintiff wishes to continue pursuing this lawsuit, he must, **within 30**

---

[1] According to the Court's records, Plaintiff has made no payments toward the filing fee that was assessed in August 2020. S*ee Doc. 5*.

**days of the entry of this Order,** either: (a) file a completed free-world Application to Proceed *In Forma Pauperis;* or (b) pay the $402 filing fee for this action.[2] If he does not comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 26th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Because he has been released, Plaintiff no longer qualifies for the reduced fee of $350.