IN THE UNITED SES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                                                                    PLAINTIFF

V.                                      NO. 3:20-cv-00244-JM-ERE

BOBBY TATE, SHERIFF SHAWN
STEPHENS, SISSY WILSON,
JEFFREY TATE, AARON MOODY, *et al.*                                                        DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Bobby Tate, Jeffrey Tate, Shawn Stephens, Sissy Wilson, and Aaron Moody's motion for summary judgment for failure to exhaust administrative remedies (*Doc. 47*) is GRANTED and judgment will be entered in their favor.

2. All claims asserted by Plaintiff Christopher Everett in this action are DISMISSED, without prejudice, for failure to exhaust administrative remedies.

Dated this 9th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE