IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT                                                                              PLAINTIFF

V.                                     NO. 3:20-cv-00244-JM-ERE

BOBBY TATE, SHERIFF SHAWN
STEPHENS, SISSY WILSON,
JEFFREY TATE, AARON MOODY, *et al.*                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 9th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE